James N. Saul, OSB #152809
EARTHRISE LAW CENTER
10101 S. Terwilliger Blvd.
Portland, OR 97219
Telephone: (503)-768-6929
Email: jsaul@lclark.edu

*Attorney for Plaintiff Northwest Environmental Defense Center*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL DEFENSE CENTER, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>C-2 UTILITY CONTRACTORS, LLC, a Delaware corporation,<br><br>Defendant. | Case No. 3:23-cv-00718-SB<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Northwest Environmental Defense Center hereby gives notice that this action is voluntarily dismissed with prejudice.

Dated: July 27, 2023

Respectfully submitted,

s/ James N. Saul
Earthrise Law Center
10101 S. Terwilliger Blvd.
Portland, OR 97219

*Attorney for Plaintiff*

PLAINTIFF'S NOTICE OF DISMISSAL
Page 1 of 1